# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Samuel J. Crispin III<br>         Debtor | CHAPTER 13<br><br>BKY. NO. 16-17139 SR |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Acqura Loan Services as Servicer for SRP 2013-10, LLC, and index same on the master mailing list.

Re: Loan # Ending In: 1554

                                               Respectfully submitted,

                                               **/s/Joshua I. Goldman, Esquire**
                                               Joshua I. Goldman, Esquire
                                               Thomas Puleo, Esquire
                                               KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 825-6306  FAX (215) 825-6406