## UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re: Samuel J Crispin** | : | |
| | : | **Bankruptcy No: 16-17139** |
| | : | **Chapter 13** |
| **Debtor** | : | |

## NOTICE OF APPLICATION FOR COMPENSATION

Notice is hereby given to all interested parties Jeanne Marie Cella, Esquire, counsel for the Debtor, has filed an Application seeking compensation of $3,500.00 for the firm's services in this case. Any Objections to this Application must be filed and served upon us within twenty-one (21) days from April 11, 2017, on or before which date the Application was filed. A copy of the Application is provided to the Trustee, the United States Trustee, and the Debtor. Other interested parties can obtain a copy on request.

Respectfully submitted,

BY: */s/ Jeanne Marie Cella, Esquire*
Jeanne Marie Cella, Esquire

Dated: April 11, 2017