## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Samuel J Crispin, III**              :  Chapter 13
                                               :
                 Debtor                        :  Bankruptcy No. **16-17139**

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw debtor's **Proof of Claim** filed on, March 27, 2017, Docket Entry 1.

Respectfully Submitted,

**Jeanne Marie Cella and Associates, LLC**


BY: */s/ Jeanne Marie Cella, Esquire*____
Jeanne Marie Cella, Esquire

Dated:  January 18, 2018