**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Samuel J Crispin, III | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No: 16-17139 |

Samuel J Crispin, III
   Plaintiff                                          Adversary No. 17-00208
  Vs.
Clear Spring Loan Servicing
   Defendant

## ORDER OF COURT

AND NOW, this 24th day of January, 2018, upon consideration of Stipulation of Settlement of Complaint to Determine Dischargeability of Debt and to Avoid Second Lien, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety.

2. Since the parties have settled this adversary proceeding, it may be closed.

3. This Order shall be filed in the Bankruptcy Case and in the Adversary Proceeding.

                                                                      BY THE COURT:

                                                                      **Honorable Jean K FitzSimon**
                                                                      **United States Bankruptcy Judge**