United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-17139-jkf
Samuel J Crispin, III                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey               Page 1 of 1           Date Rcvd: Jan 24, 2018
                              Form ID: pdf900            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2018.
db             +Samuel J Crispin, III,    730 Pearl Cir,    Morton, PA 19070-1228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 25 2018 03:03:27      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 25 2018 03:02:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 25 2018 03:03:15      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 25 2018 03:08:57
                 PRA Receivables Management, LLC,    POB 41067,   NORFOLK, VA 23541-1067
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JAMES P. SHAY    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal
               james.shay@phelanhallinan.com
              JEANNE MARIE CELLA    on behalf of Plaintiff Samuel J Crispin, III paralegal@lawbsc.com,
               pennduke@gmail.com
              JEANNE MARIE CELLA     on behalf of Debtor Samuel J Crispin, III paralegal@lawbsc.com,
               pennduke@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
               etal paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    SRP 2013-10, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               For etal paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9

# UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Samuel J Crispin, III | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No: 16-17139 |

Samuel J Crispin, III
  Plaintiff
  Vs.
Clear Spring Loan Servicing
  Defendant

Adversary No. 17-00208

## ORDER OF COURT

AND NOW, this 24th day of January, 2018, upon consideration of Stipulation of Settlement of Complaint to Determine Dischargeability of Debt and to Avoid Second Lien, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety.

2. Since the parties have settled this adversary proceeding, it may be closed.

3. This Order shall be filed in the Bankruptcy Case and in the Adversary Proceeding.

BY THE COURT:

_____
**Honorable Jean K FitzSimon**
**United States Bankruptcy Judge**