UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

In re: Samuel J Crispin        :
                               :    Bankruptcy No: 16-17139
                               :    Chapter 13
         Debtor                :

## ORDER ALLOWING COMPENSATION

AND NOW, this _____ day of _____, 20__, Jeanne Marie Cella and Associates, LLC, through Jeanne Marie Cella, Esquire, counsel for the Debtor, are awarded $3,893.00 as compensation for the firm's services in this case, the Trustee is authorized and directed to pay the amount of $1,400.00 to the said counsel from the plan payments which he has received on the Debtor's account.

**Date: April 4, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE