United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Samuel J Crispin, III  
    Debtor

Case No. 16-17139-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Stacey<br>Form ID: pdf900 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Apr 04, 2018 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
```
db             +Samuel J Crispin, III,    730 Pearl Cir,    Morton, PA 19070-1228
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JAMES P. SHAY    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For etal
               james.shay@phelanhallinan.com
              JEANNE MARIE CELLA    on behalf of Debtor Samuel J Crispin, III paralegal@lawbsc.com,
               pennduke@gmail.com
              JEANNE MARIE CELLA    on behalf of Plaintiff Samuel J Crispin, III paralegal@lawbsc.com,
               pennduke@gmail.com
              JEROME B. BLANK    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee For
               etal paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   SRP 2013-10, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee
               For etal paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA**

_____

**In re: Samuel J Crispin**           :
                                      :    Bankruptcy No: 16-17139
                                      :    Chapter 13
**Debtor**                            :


## ORDER ALLOWING COMPENSATION

AND NOW, this _____ day of _____, 20__, Jeanne Marie Cella and Associates, LLC, through Jeanne Marie Cella, Esquire, counsel for the Debtor, are awarded $3,893.00 as compensation for the firm's services in this case, the Trustee is authorized and directed to pay the amount of $1,400.00 to the said counsel from the plan payments which he has received on the Debtor's account.

**Date: April 4, 2018**

UNITED STATES BANKRUPTCY JUDGE