UNITED STATES BANKRUPTCY COURT

IN RE:                                    **Eastern District of Pennsylvania**
Samuel J Crispin, III

Case No. 16-17139
Chapter 13

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**          ☒ Notice Address
(both may be selected, if applicable)    ☒ Payment Address

**OLD ADDRESS:**  ClearSpring Loan Services
(Name)

18451 N. Dallas Parkway, Suite 100
(Street Address or P.O. Box No.)

Dallas, TX 75287-5206
(City, State, Zip Code)


**NEW ADDRESS:**  ClearSpring Loan Services
(Name)

5445 LEGACY DRIVE, SUITE 410
(Street Address or P.O. Box No.)

PLANO, TX 75024
(City, State, Zip Code)

866-344-3314
(Area Code/Phone Number)

*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

FILED
APR 2 2 2019
TIMOTHY McGRATH, CLERK
DEP CLERK

Name: Ericia Cato
Title: Litigation Specialist
Address: 5445 Legacy Dr #410
Plano, Texas 75024
Telephone: 972-715-1092
Email: ericia.cato@sortis.com