United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 16-17139-jkf
Samuel J Crispin, III                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: May 16, 2019
                       Form ID: 138NEW    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2019.
```
db            +Samuel J Crispin, III,    730 Pearl Cir,    Morton, PA 19070-1228
13901174      +ClearSpring Loan Services,    5445 LEgacy Drive,    Duite 410,    Plano, TX 75024-3309
13901066       Deutsche Bank National Trust Company, As, Et Al.,    C/O Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL 33416-4605
13889896      +Jeanne Marie Cella, Esq.,    Jeanne Marie Cella and Associates, LLC,    215 N Olive St, Ste 101,
                 Media, PA 19063-2838
13804923      +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov May 17 2019 02:37:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2019 02:37:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2019 02:37:30     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2019 02:38:25
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13809072      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2019 02:38:45
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 5
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2019 at the address(es) listed below:
```
          JAMES P. SHAY    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal
           james.shay@phelanhallinan.com
          JEANNE MARIE CELLA    on behalf of Debtor Samuel J Crispin, III paralegal@lawjmc.com,
           pennduke@gmail.com
          JEANNE MARIE CELLA    on behalf of Plaintiff Samuel J Crispin, III paralegal@lawjmc.com,
           pennduke@gmail.com
          JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R2
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
           etal paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    SRP 2013-10, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
           For etal paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Samuel J Crispin, III

      Debtor(s)                                           Bankruptcy No: 16–17139–jkf

                                                                                Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                  900 Market Street
                                      Suite 400
                                 Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                            For The Court
                                                                  Timothy B. McGrath
                                                                     Clerk of Court

Dated: 5/16/19

                                                                                                                   76 – 75
                                                                                                              Form 138_new