United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 16-17139-jkf
Samuel J Crispin, III                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Oct 30, 2019
                              Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
db             +Samuel J Crispin, III,    730 Pearl Cir,    Morton, PA 19070-1228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
      JAMES P. SHAY    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For etal
       james.shay@phelanhallinan.com
      JEANNE MARIE CELLA    on behalf of Debtor Samuel J Crispin, III paralegal@lawjmc.com,
       pennduke@gmail.com
      JEANNE MARIE CELLA    on behalf of Plaintiff Samuel J Crispin, III paralegal@lawjmc.com,
       pennduke@gmail.com
      JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For
       etal paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
       Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-R2
       paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    SRP 2013-10, LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
       ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
       For etal paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                      TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Samuel J Crispin, III : Case No. 16–17139–jkf

      Debtor(s)

### *ORDER*
_____

AND NOW, this day , October 30,2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

82
Form 195